In the Matter of ELBERT WELCH, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted April 12, 2010; decided June 3, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.